*993 ante, p. 810;
ante, p. 811;
ante, p. 813;
ante, p. 815;
ante, p. 820;
ante, p. 820;
ante, p. 821;
ante, p. 824;
ante, p. 824;
ante, p. 881;
ante, p. 827;
ante, p. 881;
ante, p. 881;
ante, p. 829;
*994 No. 89-7526.
No. 89-7570.
No. 89-7574.
No. 89-7578.
No. 89-7603.
No. 89-7614.
No. 89-7615.
No. 89-7616.
No. 89-7638.
No. 89-7695.
No. 89-7744.
No. 89-7793.
No. 89-7843.
No. 90-2.
No. 90-8.
No. 90-58.
No. 90-86.
No. 90-116.
No. 90-156.
No. 90-177.
No. 90-188.
No. 90-265.
No. 90-313.
No. 90-362.
No. 90-5002.
No. 90-5037.
No. 90-5052.
No. 90-5066.
No. 90-5068.
ante, p. 830;
ante, p. 881;
ante, p. 831;
ante, p. 831;
ante, p. 832;
ante, p. 833;
ante, p. 833;
ante, p. 881;
ante, p. 881;
ante, p. 835;
ante, p. 838;
ante, p. 881;
ante, p. 843;
ante, p. 845;
ante, p. 845;
ante, p. 848;
ante, p. 849;
ante, p. 850;
ante, p. 852;
ante, p. 853;
ante, p. 854;
ante, p. 856;
ante, p. 899;
ante, p. 900;
ante, p. 856;
ante, p. 858;
ante, p. 859;
ante, p. 881;
ante, p. 860;
*995 No. 90-5070.
No. 90-5076.
No. 90-5095.
No. 90-5098.
No. 90-5109.
No. 90-5125.
No. 90-5131.
No. 90-5148.
No. 90-5151.
No. 90-5155.
No. 90-5159.
No. 90-5200.
No. 90-5214.
No. 90-5217.
No. 90-5236.
No. 90-5240.
No. 90-5244.
No. 90-5245.
No. 90-5264.
No. 90-5267.
No. 90-5307.
No. 90-5328.
No. 90-5341.
No. 90-5348.
No. 90-5362.
No. 90-5388.
No. 90-5441.
No. 90-5449.
ante, p. 860;
ante, p. 860;
ante, p. 861;
ante, p. 861;
ante, p. 881;
ante, p. 862;
ante, p. 863;
ante, p. 881;
ante, p. 864;
ante, p. 864;
ante, p. 864;
ante, p. 866;
ante, p. 866;
ante, p. 882;
ante, p. 882;
ante, p. 867;
ante, p. 868;
ante, p. 868;
ante, p. 869;
ante, p. 869;
ante, p. 871;
ante, p. 881;
ante, p. 872;
ante, p. 873;
ante, p. 901;
ante, p. 874;
ante, p. 902; and
ante, p. 902. Petitions for rehear *996 ing denied.
Justice Souter took no part in the consideration or decision of these petitions.